| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Malley, Kathleen M. | U.S. Court of Appeals for the Federal Circuit | 09/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Dean's Advisory Committee, Case Western Reserve Law School |
| 2. | Master Bencher | John M. Manos Inn of Court |
| 3. | Master Bencher, President | Edward Coke Appellate Inn of Court |
| 4. | Member | Judicial Advisory Council, Sedona Conference |
| 5. | Member | Counselor, Giles S. Rich American Inn of Court |
| 6. | Member, President | Society of Benchers, Case Western Reserve Law School |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/16/2014 | Marquettle Law School - Compensation for Teaching Activities | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Covington & Burling - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado Bar Association | 01/10/2014 - 01/12/2014 | Vail, CO | Colorado Bar Event | Airfare, lodging, and meals |
| 2. | Association of Corporate Patent Counsel | 01/26/2014 - 01/29/2014 | Phoenix, AZ | ACPC Winter Meeting | Airfare, lodging, and meals |
| 3. | Akron Law School | 02/08/2014 - 02/14/2014 | Naples, FL | Akron Law School Conference | Airfare, lodging, and meals |
| 4. | Los Angeles Intellectual Property Lawyers Association | 02/18/2014 - 02/20/2014 | Los Angeles, CA | Los Angeles Intellectual Property Lawyers Association | Airfare, lodging, and meals |
| 5. | Ave Maria Law School - Federalist Society | 03/12/2014 - 03/13/2014 | Naples, FL | Ave Maria Law School Federalist Society | Airfare, lodging, and meals |

# FINANCIAL DISCLOSURE REPORT

Page 3 of 29

**Name of Person Reporting**

**O'Malley, Kathleen M.**

**Date of Report**

09/10/2015

| 6. | Texas State Bar | 03/20/2014 - 03/21/2014 | Dallas, TX | Texas State Bar Intellectual Property Conference | Airfare, lodging, and meals |
| 7. | San Diego Law School | 04/03/2014 - 04/05/2014 | San Diego, CA | San Diego Law Patent Conference | Airfare, lodging, and meals |
| 8. | Marquette Law School | 04/15/2014 - 04/15/2014 | Milwaukee, WI | Nies Lecture Series | Airfare, lodging, and meals |
| 9. | Seattle Intellectual Property Inn | 05/15/2014 - 05/16/2014 | Seattle, WA | Inn Meeting | Airfare, lodging, and meals |
| 10. | New Jersey Intellectual Property Lawyers Assoxiation | 06/06/2014 - 06/07/2014 | Short Hills, NJ | Jefferson Medal Dinner | Train fare, lodging, and meals |
| 11. | Eighth Circuit Judicial Conference | 08/06/2014 - 08/08/2014 | Omaha, NE | Eighth Circuit Bench & Bar | Airfare, lodging, and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank | A | Interest | O | T | | | | | |
| 2. Castle Harlan Affiliates IV-A, LLP | B | Interest | K | U | Distributed (part) | 12/31/14 | J | | |
| 3. Castle Harlan Partners V, LLP | C | Interest | K | W | Distributed (part) | 12/31/14 | J | | |
| 4. CHP V Affiliates AIV, LP | | None | K | U | Distributed (part) | 12/31/14 | J | | |
| 5. Mid-Atlantic Fund of Funds II, LP | B | Interest | K | W | Distributed (part) | 12/31/14 | J | | |
| 6. The Dinner Club I, LLC | | None | | | Distributed | 12/31/14 | J | | |
| 7. AEI Alien Series B Inv II, LLC | | None | K | W | | | | | |
| 8. | | | | | | | | | |
| 9. Covington Pension Plan Cash | | | | | | | | | |
| 10. Balance Account | | None | | | Merged (with line 13) | 12/31/14 | | | |
| 11. Covington & Burling Partnership LLP | D | Interest | P1 | W | | | | | |
| 12. | | | | | | | | | |
| 13. Charles Schwab 401k | E | Dividend | P1 | T | | | | | |
| 14. Dodge & Cox Stock | | None | | | Buy (add'l) | 03/31/14 | J | | |
| 15. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 16. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 17. | | | | | Buy (add'l) | 12/31/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Beacon Small Cap Val Inst | | None | | | Buy (add'l) | 03/31/14 | J | | |
| 19. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 20. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 21. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 22. Lazard Emerging Market Equity Inst | | None | | | Buy (add'l) | 03/31/14 | J | | |
| 23. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 24. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 25. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 26. Pimco Total Return Inst | | None | | | Buy (add'l) | 03/31/14 | J | | |
| 27. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 28. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 29. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 30. Schwab Stable Value Inst II | | None | | | Buy (add'l) | 03/31/14 | J | | |
| 31. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 32. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 33. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 34. JP Morgan Large Cap Growth RS | | None | | | Buy (add'l) | 03/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 36. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 37. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 38. Morgan Stanley Inst Mid Cap Growth | | None | | | Buy (add'l) | 03/31/14 | J | | |
| 39. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 40. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 41. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 42. Thornburg Int'l Equity Fund | | None | | | Buy (add'l) | 03/31/14 | J | | |
| 43. | | | | | Sold | 06/30/14 | O | | |
| 44. Oakmark International I | | | | | Buy | 06/30/14 | O | | |
| 45. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 46. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 47. | | | | | | | | | |
| 48. Schwab Brokerage Account #1 | | | | | | | | | |
| 49. Steelpath MLP Select 40 | A | Dividend | L | T | Sold (part) | 02/04/14 | J | B | |
| 50. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 51. | | | | | Buy (add'l) | 05/06/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 53. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 54. | | | | | Buy (add'l) | 12/17/14 | K | | |
| 55. DFA Emerging Mkt Value | A | Dividend | K | T | Buy (add'l) | 06/09/14 | J | | |
| 56. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 57. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 58. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 59. Dodge & Cox Int'l Stock Fund | A | Dividend | K | T | Buy (add'l) | 12/17/14 | J | | |
| 60. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 61. Pimco Emerg Local Bond | B | Dividend | K | T | Buy (add'l) | 01/31/14 | J | | |
| 62. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 63. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 64. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 65. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 66. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 67. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 68. | | | | | Buy (add'l) | 08/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 70. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 71. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 72. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 73. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 74. Wells Fargo Adv Int'l | A | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |
| 75. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 76. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 77. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 78. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 79. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 80. JPMorgan HiYield Select | B | Dividend | K | T | Buy (add'l) | 01/31/14 | J | | |
| 81. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 82. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 83. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 84. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 85. | | | | | Buy (add'l) | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 87. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 88. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 89. | | | | | Sold | 09/29/14 | K | A | |
| 90. Pimco Comm Real Return | A | Dividend | K | T | Buy | 02/04/14 | J | | |
| 91. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 92. American Fund Europacific | A | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |
| 93. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 94. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 95. Pimco Foreign Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/31/14 | J | | |
| 96. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 97. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 98. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 99. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 100. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 101. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 102. | | | | | Buy (add'l) | 07/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 104. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 105. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 106. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 107. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 108. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 109. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 110. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 111. Vang St Exempt Fund | A | Interest | L | T | Buy (add'l) | 01/31/14 | J | | |
| 112. | | | | | Buy (add'l) | 02/05/14 | J | | |
| 113. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 114. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 115. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 116. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 117. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 118. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 119. | | | | | Buy (add'l) | 08/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 12 of 29

**Name of Person Reporting**

O'Malley, Kathleen M.

**Date of Report**

09/10/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 121. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 122. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 123. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 124. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 125. Vang Inflation Protected | A | Dividend | K | T | Buy (add'l) | 02/05/14 | J | | |
| 126. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 127. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 128. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 129. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 130. Cohen & Steers Realty | B | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |
| 131. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 132. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 133. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 134. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 135. Ishares Trust S&P 500 | A | Dividend | K | T | Sold (part) | 02/04/14 | J | B | |
| 136. Vang Small Cap | A | Dividend | J | T | Sold (part) | 02/04/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Barkleys iPath ETN | A | Dividend | | | Sold | 02/04/14 | K | A | |
| 138. Baird Inter Muni | B | Interest | L | T | Buy (add'l) | 01/27/14 | J | | |
| 139. | | | | | Sold (part) | 02/04/14 | J | A | |
| 140. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 141. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 142. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 143. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 144. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 145. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 146. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 147. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 148. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 149. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 150. | | | | | Buy (add'l) | 12/17/14 | K | | |
| 151. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 152. Hotchkis & Wiley Hi Yield (X) | A | Dividend | K | T | Buy | 09/30/14 | K | | |
| 153. | | | | | Buy (add'l) | 10/31/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 155. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 156. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 157. | | | | | Buy (add'l) | 12/31/14 | K | | |
| 158. Cash Brokerage Account #1 (X) | A | Interest | K | T | | | | | |
| 159. | | | | | | | | | |
| 160. Schwab Brokerage Account #2 | | | | | | | | | |
| 161. Steelpath MLP Select 40 | | None | L | T | Sold (part) | 02/04/14 | J | A | |
| 162. | | | | | Buy (add'l) | 02/06/14 | J | | |
| 163. | | | | | Buy (add'l) | 04/16/14 | K | | |
| 164. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 165. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 166. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 167. DFA Emerging Mkt Value | A | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |
| 168. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 169. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 170. | | | | | Buy (add'l) | 09/09/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | Buy (add'l) | 12/16/14 | J | | |
| 172. Dodge & Cox Int'l Stock Fund | | A | Dividend | K | T | Buy (add'l) | 04/16/14 | J | | |
| 173. | | | | | | Buy (add'l) | 12/19/14 | J | | |
| 174. Pimco Emerg Local Bond | | B | Dividend | K | T | Buy (add'l) | 01/31/14 | J | | |
| 175. | | | | | | Buy (add'l) | 02/28/14 | J | | |
| 176. | | | | | | Buy (add'l) | 03/31/14 | J | | |
| 177. | | | | | | Buy (add'l) | 04/16/14 | J | | |
| 178. | | | | | | Buy (add'l) | 04/30/14 | J | | |
| 179. | | | | | | Buy (add'l) | 05/30/14 | J | | |
| 180. | | | | | | Buy (add'l) | 06/30/14 | J | | |
| 181. | | | | | | Buy (add'l) | 07/31/14 | J | | |
| 182. | | | | | | Buy (add'l) | 08/29/14 | J | | |
| 183. | | | | | | Buy (add'l) | 09/30/14 | J | | |
| 184. | | | | | | Buy (add'l) | 10/31/14 | J | | |
| 185. | | | | | | Buy (add'l) | 11/28/14 | J | | |
| 186. | | | | | | Buy (add'l) | 12/31/14 | J | | |
| 187. Wells Fargo Adv Int'l | | A | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 189. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 190. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 191. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 192. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 193. JPMorgan HiYield Select | B | Dividend | | | Buy (add'l) | 01/31/14 | J | | |
| 194. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 195. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 196. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 197. | | | | | Buy (add'l) | 04/16/14 | K | | |
| 198. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 199. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 200. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 201. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 202. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 203. | | | | | Sold | 09/30/14 | L | A | |
| 204. Pimco Comm Real Return | A | Dividend | K | T | Buy | 02/04/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 206. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 207. American Fund Europacific | A | Dividend | K | T | Buy (add'l) | 02/04/14 | J | | |
| 208. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 209. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 210. Pimco Foreign Bond Fund | C | Dividend | L | T | Buy (add'l) | 01/31/14 | J | | |
| 211. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 212. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 213. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 214. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 215. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 216. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 217. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 218. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 219. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 220. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 221. | | | | | Buy (add'l) | 10/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 29

Name of Person Reporting

O'Malley, Kathleen M.

Date of Report

09/10/2015

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 223. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 224. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 225. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 226. Vang St Exempt Fund | A | Interest | M | T | Buy (add'l) | 01/31/14 | J | | |
| 227. | | | | | Sold (part) | 02/05/14 | J | A | |
| 228. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 229. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 230. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 231. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 232. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 233. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 234. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 235. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 236. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 237. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 238. | | | | | Buy (add'l) | 11/28/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 240.  Vang Inflation Protected | A | Dividend | K | T | Buy (add'l) | 02/05/14 | J | | |
| 241. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 242. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 243. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 244. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 245.  Cohen & Steers Realty | B | Dividend | L | T | Buy (add'l) | 02/04/14 | J | | |
| 246. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 247. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 248. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 249. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 250. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 251.  Ishares Trust S&P 500 | B | Dividend | L | T | Sold (part) | 02/04/14 | J | B | |
| 252. | | | | | Buy (add'l) | 04/06/14 | J | | |
| 253. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 254. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 255.  Vang Small Cap | A | Dividend | K | T | Sold (part) | 02/04/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 257. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 258. Baird Inter Muni | B | Dividend | M | T | Buy (add'l) | 01/27/14 | J | | |
| 259. | | | | | Sold (part) | 02/04/14 | J | A | |
| 260. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 261. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 262. | | | | | Buy (add'l) | 04/16/14 | K | | |
| 263. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 264. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 265. | | | | | Buy (add'l) | 06/25/14 | J | | |
| 266. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 267. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 268. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 269. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 270. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 271. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 272. Barclay's iPath ETN | | None | | | Sold | 02/04/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 21 of 29

**Name of Person Reporting**

O'Malley, Kathleen M.

**Date of Report**

09/10/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Hotchkis & Wiley Hi Yield (X) | B | Dividend | L | T | Buy | 09/03/14 | L | | |
| 274. | | | | | Buy (add'l) | 10/31/14 | K | | |
| 275. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 276. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 277. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 278. Cash Brokerage Account #2 | A | Interest | J | T | | | | | |
| 279. | | | | | | | | | |
| 280. Schwab IRA #1 | D | Dividend | N | T | | | | | |
| 281. JPMorgan High Yield Fund | | None | | | Buy (add'l) | 01/31/14 | J | | |
| 282. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 283. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 284. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 285. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 286. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 287. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 288. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 289. | | | | | Buy (add'l) | 07/31/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 291. | | | | | Sold | 09/29/14 | K | A | |
| 292. Steelpath MLP Select 40 | | None | | | Buy (add'l) | 02/06/14 | J | | |
| 293. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 294. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 295. | | | | | Buy (add'l) | 08/07/14 | J | | |
| 296. | | | | | Sold (part) | 09/29/14 | J | A | |
| 297. | | | | | Buy (add'l) | 11/06/14 | J | | |
| 298. Pimco Emerging Local Bond Fund | | None | | | Buy (add'l) | 01/31/14 | J | | |
| 299. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 300. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 301. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 302. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 303. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 304. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 305. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 306. | | | | | Buy (add'l) | 09/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 308. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 309. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 310.   Wells Fargo Advtg Int'l Fund | None | | | | Buy (add'l) | 02/03/14 | J | | |
| 311. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 312. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 313. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 314. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 315. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 316.   Baird Aggregate Bond Inst Fund | None | | | | Buy (add'l) | 01/27/14 | J | | |
| 317. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 318. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 319. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 320. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 321. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 322. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 323. | | | | | Buy (add'l) | 06/25/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 325. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 326. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 327. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 328. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 329. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 330. DFA Emerging Mkt Value Portfolio | None | | | | Buy (add'l) | 06/09/14 | J | | |
| 331. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 332. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 333. Pimco Comm Real Estate Return | None | | | | Buy (add'l) | 09/18/14 | J | | |
| 334. Dodge & Cox Int'l Stock Fund | None | | | | Sold (part) | 02/03/14 | J | A | |
| 335. | | | | | Buy (add'l) | 09/30/14 | K | | |
| 336. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 337. American Fund Europacific Growth | None | | | | Buy (add'l) | 12/26/14 | J | | |
| 338. Pimco Foreign Bond Fund | None | | | | Buy (add'l) | 01/31/14 | J | | |
| 339. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 340. | | | | | Buy (add'l) | 03/31/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 25 of 29

Name of Person Reporting

O'Malley, Kathleen M.

Date of Report

09/10/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 04/16/14 | J | | |
| 342. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 343. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 344. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 345. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 346. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 347. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 348. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 349. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 350. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 351. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 352. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 353. Pimco Total Return Fund | | None | | | Buy (add'l) | 01/31/14 | J | | |
| 354. | | | | | Buy (add'l) | 02/03/14 | J | | |
| 355. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 356. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 357. | | | | | Buy (add'l) | 04/16/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 359. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 360. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 361. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 362. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 363. | | | | | Sold | 09/29/14 | K | A | |
| 364. Cohen & Steers Realty Shares | None | | | | Buy (add'l) | 03/31/14 | J | | |
| 365. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 366. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 367. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 368. Vangaurd Inflation Protected Securities | None | | | | Buy (add'l) | 02/04/14 | J | | |
| 369. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 370. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 371. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 372. Ishares Trust S&P 500 Index | None | | | | Sold (part) | 02/03/14 | J | B | |
| 373. Vanguard Small Cap Fund | None | | | | Sold (part) | 02/03/14 | J | A | |
| 374. Hotchkis & Wiley Hi Yield (X) | None | | | | Buy | 09/30/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 376. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 377. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 378. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 379. Schwab Cash Reserves | None | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Malley, Kathleen M. | 09/10/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendments:
Section III-B - Line 1:
Type of income for                   .

Section VII - Line 8:
Omitted as cash received is not reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kathleen M. O'Malley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544